DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

WILLIAMS, BERNARD

Debtor(s)

Chapter 13
Case No. 11-5-5973 SLJ

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Initial Confirmation Date: SEPTEMBER 7, 2011
Initial Confirmation Time: 1:25 PM
Place: 280 S. 1st Street Room 3099
      San Jose, CA
Judge: Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. Pursuant to the "Guidelines Regarding Residential Loan Modification in Chapter 13 Plans for the San Jose and San Francisco Divisions," the debtor is required to file and serve a declaration on the Chapter 13 Trustee providing certain information about loan modifications for first mortgage loans secured by a debtor's residence. The deadline for filing the declaration is the §341 meeting. No declaration has been filed by this deadline and it appears from the plan that the debtor is proposing to modify the first mortgage loan

Trustee's Obj to Confirmation – 11-5-5973 SLJ

on the residence. The Trustee requests that the debtor provide her with the declaration required by the guidelines.

Dated: August 16, 2011  /S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I am not less than 18 years of age and not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on August 17, 2011.

Said envelopes were addressed as follows:

| BERNARD WILLIAMS<br>1802 ORLANDO DR<br>SAN JOSE CA 95122 | STEBURG LAW FIRM<br>1798 TECHNOLOGY DR #258<br>SAN JOSE CA 95110 |
|---|---|

/S/ Clotilde Costa
Office of Devin Derham-Burk, Trustee