CASPER J. RANKIN (SBN 249196)
ARNOLD L. GRAFF (SBN 269170)
ERIC J. TESTAN (SBN 268919)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for  WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA
MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND
FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY
KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BERNARD GARRY WILLIAMS, JR,<br><br>Debtor. | Case No. 11-55973<br><br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>CONFIRMATION HEARING:<br>DATE:  September 7, 2011<br>TIME:  1:25 PM<br>CTRM:  #3099 |

Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB[1] (hereinafter "Creditor"), secured creditor of the above-entitled Debtor, Bernard Garry Williams, Jr. (hereinafter "Debtor"), hereby objects to the Chapter 13 Plan filed by Debtor in the above-referenced matter. Wachovia Mortgage, FSB acts as the servicing agent for Creditor. The basis of the objection is stated below:

/././

/././

---

[1] This Objection to Confirmation of Chapter 13 Plan shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in this proceeding. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

-1-

# I.

# **STATEMENT OF FACTS**

1.  On or about April 10, 2007, Debtor, for valuable consideration, made, executed and delivered to World Savings Bank, FSB (hereinafter "Lender") a Promissory Note in the principal sum of $450,000.00 (the "Note"). Pursuant to the Note, Debtor is obligated to make monthly principal and interest payments. A copy of the Note is attached hereto as **exhibit A** and incorporated herein by reference.

2.  On or about April 10, 2007, Debtor made, executed and delivered to Lender a Deed of Trust (the "Deed of Trust") granting Lender a security interest in certain real property located at 1802 Orlando Dr, San Jose, California 95122 (hereinafter the "Subject Property"), which is more fully described in the Deed of Trust. The Deed of Trust was recorded on April 18, 2007, in the official records of the Santa Clara County Recorder's office. A copy of the Deed of Trust is attached hereto as **exhibit B** and incorporated herein by reference. Thereafter, Debtor defaulted with payments under the Note and is contractually due for September 1, 2010.

3.  Effective December 31, 2007, Lender's charter and bylaws were amended to change its name to Wachovia Mortgage, FSB. A true and correct copy of the Office of Thrift and Supervision's approval letter evidencing Lender's name change is attached hereto as **exhibit C** and incorporated herein by reference.

4.  Effective November 1, 2009, Wachovia Mortgage FSB converted to a national bank with the name Wells Fargo Bank Southwest, National Association. Additionally, effective November 1, 2009, Wells Fargo Bank Southwest, National Association merged with Wells Fargo Bank, National Association. A copy of the official certification of the Comptroller of the Currency of the conversion of Wachovia Mortgage FSB and the merger of Wells Fargo Bank Southwest, National Association is attached hereto as **exhibit D** and incorporated herein by reference.

5.  On or about June 26, 2011, Debtor filed a Chapter 13 bankruptcy petition. Debtor's Chapter 13 Plan provides for payments to the Trustee in the sum of $400.00 per month for sixty (60) months. Of the sum paid to the Chapter 13 Trustee, Creditor will be paid on its pre-petition arrears, which are listed in the amount of $20,000.00.

6. The pre-petition arrearage on Creditor's secured claim is in the sum of $32,889.84. A copy of Creditor's Proof of Claim is attached hereto as **exhibit E** and incorporated herein by reference.

7. Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor to approximately $548.16 monthly in order to cure Creditor's pre-petition arrears over a period not to exceed sixty (60) months.

Creditor now objects to the Chapter 13 Plan filed herein by Debtor.

## II.

## ARGUMENT

Application of the provisions of 11 United States Code section 1325 determines when a plan shall be confirmed by the Court. Based on the above sections, as more fully detailed below, this Plan cannot be confirmed as proposed.

**A. DOES NOT MEET FULL VALUE REQUIREMENT**
11 U.S.C. § 1325(a)(5)(B)(ii).

The amount of arrearage in Debtor's Chapter 13 Plan is incorrect. The pre-petition arrears specified in the Chapter 13 Plan are $20,000.00. The actual pre-petition arrears equal $32,889.84, based on Creditor's Proof of Claim. As a result, the Plan fails to satisfy 11 U.S.C. § 1325(a)(5)(B)(ii).

**B. PROMPT CURE OF PRE-PETITION ARREARS**
11 U.S.C. § 1322(d).

Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor to approximately $548.16 monthly in order to cure Creditor's pre-petition arrears over a period not to exceed sixty (60) months.

WHEREFORE, Creditor respectfully requests:

1. That confirmation of the Debtor's Chapter 13 Plan be denied;

2. That Debtor's case be dismissed;

/./././

/./././

| | |
|---|---|
| 1 | 3. For such other and further relief as this Court deems just and proper. |
| 2 | Respectfully submitted, |
| 3 | Dated: August 25, 2011    PITE DUNCAN, LLP |

/s/ ARNOLD L. GRAFF (CA SBN 269170)
Attorney for WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB